**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80192-CIV-CANNON/Reinhart**

**SYLVIA CARAVETTA**,

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION; DISMISSING COMPLAINT FOR LACK OF JURISDICTION;
AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by

Magistrate Judge Bruce E. Reinhart on April 14, 2026 [ECF No. 12].  The Report recommends

that Plaintiff's Complaint be dismissed without prejudice for lack of subject matter jurisdiction.

Plaintiff, proceeding *pro se*, filed a document purporting to object to the Report, but it consists of

generalized policy statements regarding the purpose of the Department of Housing and Urban

Development and Plaintiff's beliefs regarding her property situation [ECF No. 18].[1]

Upon review of the Report and the full record, it is hereby **ORDERED AND ADJUDGED**

as follows:

1. The Report and Recommendation [ECF No. 12] is **ACCEPTED**.  The Report correctly

   concludes that the Court lacks jurisdiction over Plaintiff's Complaint, which challenges

   the Department of Housing and Urban Development's discretionary determinations

   regarding how to handle Plaintiff's housing-related complaints [ECF No. 12 pp. 6–7].

---

[1] Defendant has not been served in this case.

Plaintiff's "Objection" to the Report merely rehashes her policy views regarding the Department and her housing situation, without pointing to any basis on which to find error in the Report, and without offering any ground upon which to exercise jurisdiction in this case [ECF No. 18].

2.  Plaintiff's Complaint is therefore **DISMISSED FOR LACK OF JURISDICTION** [ECF No. 1].

3.  Plaintiff's Motion to Transfer this Case to a Different County [ECF No. 9] is **DENIED** as frivolous.

4.  Plaintiff's Motion to Add Another Medical Diagnosis [ECF No. 11] is **DENIED**, as nothing in that Motion provides a basis to confer subject matter jurisdiction in this case.

5.  The Clerk is directed to **CLOSE** this case.[2]

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of April 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     Plaintiff, *pro se* (via e-mail) [ECF No. 17]

---

[2] Plaintiff has neither filed a motion to amend nor offered any other basis in her Objection to believe that an amended pleading will overcome the discretionary function exception to the FTCA [ECF No. 12 pp. 8–9 (advising Plaintiff to file a motion for leave to amend, with an attached proposed pleading, in the event she believes she can cure the deficiencies in the Complaint)]. The Court therefore sees no basis to permit repleading in this action.